IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE L. YOUNG, on behalf of the Writers' Guild-Indus. Health Fund and Producer-Writers Guild of America Pension Plan,<br><br>    Plaintiff,<br><br>    v.<br><br>WALKING THE BIBLE PRODUCTIONS, LLC, *a California Limited Liability Company*; TOTAL MEDIA GROUP, INC.*, a Delaware Corporation*, which will do business in California as TMG ENTERTAINMENT, INC.; and INITIATIVE TV, INC.*, a California Corporation*,<br><br>    Defendant. | Case No.:  2:08-cv-06959-VBF-SS<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Having originally entered the Default Judgment on May 28, 2009 ("Judgment") against Defendants WALKING THE BIBLE PRODUCTIONS, LLC, *a California Limited Liability Company*; TOTAL MEDIA GROUP, INC., *a*

*Delaware Corporation*, which will do business in California as TMG ENTERTAINMENT, INC.; and INITIATIVE TV, INC., *a California Corporation*.

NOW, upon Application by Plaintiff, TERENCE L. YOUNG, on behalf of the Writers' Guild-Indus. Health Fund and Producer-Writers Guild of America Pension Plan, ("Judgment Creditor"), and upon declaration that the Judgment Debtor has failed to satisfy the total amount of said Judgment and remains indebted to Judgment Creditors.

The money Judgment against Judgment Debtors is renewed in the amount of $35,866.42, as follows:

a. Total Prior Renewed Judgment (Entered May 28, 2009; *See* ECF No.22)………..................... **$34,283.54**

| | | |
|---|---|---|
| 1. | Contributions: | $21,124.24 |
| 2. | Interest: | $ 6,337.26 |
| 3. | Liquidated Damages: | $ 4,224.85 |
| 4. | Attorney's Fees: | $ 2,120.95 |
| 5. | Costs: | $    476.24 |
| | Total: | $34,283.54 |

b. Post-Judgment Interest through November 29, 2018, at 0.47%...................................................... **$1,582.88**

c. **Total Renewed Judgment** **$35,866.42**

DATED: January 11, 2019

_____
KIRY K GRAY
CLERK OF THE COURT

*Sharon Hall-Brown* (signature)
_____
SHARON HALL-BROWN

[PROPOSED] RENEWAL OF DEFAULT JUDGMENT BY CLERK - 2
Case No. 2:08-cv-06959-VBF-SS